# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANNA JESSE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-04713 |
| v. ) ) | Judge Mary M. Rowland |
| HILTON WORLDWIDE HOLDINGS, INC., ) ) ) | Mag. Judge Jeffrey Cummings |
| Defendant. ) | |

**AFFIDAVIT OF MEGAN WINFIELD IN SUPPORT OF**
**DEFENDANT HILTON WORLDWIDE HOLDINGS INC.'S MOTION TO DISMISS**

I, Megan Winfield, declare as follows in support of the Motion to Dismiss filed by Defendant Hilton Worldwide Holdings Inc. in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Affidavit.

3. I am currently employed by Hilton Domestic Operating Company Inc. in the position of Senior Director of Software Engineering, which I have held since September 1, 2017.

4. I am authorized to make this Affidavit on behalf of Hilton Worldwide Holdings Inc.

5. From at least January 2017 through the present, all users of the Hilton Honors Mobile Application (the "App") and any websites owned or operated by a Hilton affiliate and/or subsidiary (the "Websites") have been required to affirmatively accept certain terms and conditions before booking a hotel room through the App or the Websites.

6. Among these terms and conditions is the Site Usage and Information Agreement, a true and accurate copy of which is attached to the Motion to Dismiss as Exhibit 1.

7. Since January 2017 through the present, the App and the Websites required all users to click a button located directly below a statement that provided a hyperlink to the Site Usage and Information Agreement. The statement also included an express acknowledgment that, by clicking the button, the users agreed to the terms and conditions of the Site Usage and Information Agreement.

8. Plaintiff Sanna Jesse is and has been a member of the Hilton Honors Member Reward Program since June 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of September, 2019.

*[signature]*
Megan Winfield, Affiant

2