# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANNA JESSE,<br><br>*Plaintiff,*<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC.,<br><br>*Defendant.* | Civil Action No. 1:19CV4713<br><br>Judge Mary M. Rowland<br>Mag. Judge Jeffrey Cummings |

### AFFIDAVIT OF JAMES SMITH IN SUPPORT OF DEFENDANT HILTON WORLDWIDE HOLDINGS INC.'S MOTION TO DISMISS

I, James Smith, declare as follows in support of the Motion to Dismiss filed by Defendant Hilton Worldwide Holdings Inc. in the above-captioned matter:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Affidavit.

3. I am authorized to make this Affidavit on behalf of Hilton Worldwide Holdings Inc.

4. I am currently an officer of Hilton Worldwide Holdings Inc., where I hold the title of Vice President, Hilton Worldwide Holdings Inc., and I have been employed in this capacity beginning in 2019.

5. Hilton Worldwide Holdings Inc. was incorporated in 2010.

6. Hilton Worldwide Holdings Inc. is a Delaware corporation with its principal place of business in Virginia.

7. Hilton Worldwide Holdings Inc. is not registered or licensed to do business in the State of Illinois.

8. Hilton Worldwide Holdings Inc. has no parents or subsidiaries that are incorporated in the State of Illinois.

9. Hilton Worldwide Holdings Inc. has never held title to or leased any real property located in the State of Illinois.

10. Hilton Worldwide Holdings Inc. has never directly managed any hotels or resorts located in the State of Illinois.

11. Hilton Worldwide Holdings Inc. has never been the franchisor entity for any hotels or resorts in the State of Illinois.

12. Hilton Worldwide Holdings Inc. has never directly engaged in any marketing or sales of hotel rooms in the State of Illinois.

13. Hilton Worldwide Holdings Inc. has never directly owned or operated any hotel reservation or booking websites that could be accessed by residents of the State of Illinois.

14. Hilton Worldwide Holdings Inc. has never had any employees whose regular place of work is Illinois.

15. Hilton Worldwide Holdings Inc. has never sent any direct communications to Illinois hotel guests representing or promising the room rate that the guest would be charged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __ day of August, 2019.

_____
James Smith, Affiant